Form 704-8A
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:                                )
                                      )
RANDALL L. ENNIS                      )    Case No. 07-61848
                                      )    Chapter    7
                                      )
        Debtor(s)                     )
                                      )
_____ )

## TRANSMITTAL OF UNCLAIMED FUNDS

Comes now the undersigned trustee and reports as follows:

1. Funds have remained unclaimed for longer than 90 days after the further dividend was declared and distributed in the above case. The bank on which these checks are drawn has been instructed to stop payment on said checks.

2. The trustee's check[1] payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

3. The unclaimed funds represent surplus funds in the amount of $1,722.13 paid to the Debtor, Randall L. Ennis, whose last known address is 140 Dogwood Draw, Mineral, VA 23117.

Date: July 6, 2011

/s/ W. Stephen Scott
_____
W. Stephen Scott, Trustee
418 E. Water Street
P. O. Box 2737
Charlottesville, VA 22902
434-296-2161

---

[1] A separate check payable to the Clerk must be issued for unclaimed dividends less than $25.00 per creditor, which is payable directly to the U.S. Treasury. For those over $25.00 per creditor, a separate check is required which is deposited to the local Registry Account.