IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 07-61848 |
| Randall L. Ennis | § | |
| | § | |
| DEBTOR. | § | |
| | § | |



## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

    COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Randall L. Ennis, claimant, hereby petitions the Court for $1,722.13, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Randall L. Ennis, debtor. A dividend check in the amount totaling was not negotiated by the claimant and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

    The claimant did not receive the dividend check in the above case for the following reason:

The original dividend check was sent to a Randall L. Ennis at 140 Dogwood Draw, Mineral, VA 23177. That address is no longer valid. The current address is listed below. The change in mailing address may have prevented delivery of the original check. Mr. Ennis did not attend a previously scheduled hearing for the release of these funds due to mechanical issues with his car, subsequently, the Court denied the previously submitted Application.

    The claimant's current mailing address, phone and social security/tax identification number are:

        Randall L. Ennis
        1616 Hartwood Rd
        Fredericksburg, VA 22406
        Last four digits of SSN/TIN: **0873**

    Claimant now seeks to recover the funds from the Court's Registry. **Dilks & Knopik, LLC is not an law firm but has been granted Limited Power of Attorney from <u>Randall L. Ennis</u> to collect the unclaimed funds pro se, as evidenced by the attached Limited Power of Attorney.** Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $1,722.13 made payable to **Randall L. Ennis** c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: September 20, 2012     Respectfully Submitted: _____

                                                Brian J. Dilks, Managing Member
                                                Dilks & Knopik, LLC, Attorney in Fact for
                                                Randall L. Ennis
                                                PO Box 2728
                                                Issaquah, WA 98027
                                                (425) 836-5728

On **9/20/2012** before me, <u>Brian J. Dilks</u>, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

[Seal]

<u>Andrew T. Drake</u>, Notary Public
for the State of Washington, County of King
My Commission Expires: August 9, 2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE: § §
§ CASE NO. 07-61848
Randall L. Ennis §
§
DEBTOR. §
§

## CERTIFICATE OF SERVICE

I, Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, the undersigned, do declare that on September 20, 2012 I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

U.S. Attorney's Office
Post Office Box 1709
Roanoke, Virginia 24008-1709

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 20, 2012        Respectfully Submitted: _____
                                                          Brian J. Dilks, Managing Member
                                                          Dilks & Knopik, LLC, Attorney in Fact for
                                                          Randall L. Ennis
                                                          PO Box 2728
                                                          Issaquah, WA 98027
                                                          (425) 836-5728

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| RE: Randall L. Ennis<br><br>_____ Debtor(s) _____ | )<br>)  Case: 07-61848<br>)<br>)  **AUTHORITY TO ACT**<br>)  **Limited Power of Attorney**<br>)  **LIMITED TO ONE TRANSACTION** |

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Randall L. Ennis** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,722.13** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _Randall L Ennis_ (signature)    09-13, 20 12
**Randall L. Ennis**              Date

Tax ID: XXX-XX-**0873**

## ACKNOWLEDGMENT

STATE OF Virginia )         COUNTY OF Stafford )

On this 13th day of September, 2012, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) **Randall L. Ennis** known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal
NOTARY PUBLIC _Shawn W Woodson_
Residing at Stafford Co.
My Commission expires 8/31/2014

[Notary Seal: SHAWN W. WOODSON, NOTARY PUBLIC, REG # 7351242, MY COMMISSION EXPIRES 8/31/2014, COMMONWEALTH OF VIRGINIA]



Jul 08 2011 3:00PM   HP LASERJET FAX                                              p.2

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF SOCIAL SERVICES

FOOD STAMP PROGRAM
**NOTICE OF EXPIRATION**

| FOOD STAMP CASE NUMBER |
|---|
| [redacted] |
| COUNTY / CITY |
| COUNTY OF LOUISA |
| DEPARTMENT OF SOCIAL SERVICES |
| ADDRESS |
| P.O. BOX 425 |
| CITY, STATE, ZIP |
| LOUISA, VA  23093 |
| TELEPHONE NUMBER |
| 540-967-1320 |

6337-FS-00005528-109

| YOUR FOOD STAMP CERTIFICATION WILL END ON (MO., DAY, YR.) |
|---|
| 06/30/2008 |

TO:  RANDALL ENNIS
     140 DOGWOOD DRAW
     MINERAL, VA 23117

**Proof of Address**
Page __1__ of __1__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE: § 
§ CASE NO. 07-61848
Randall L. Ennis § 
§ 
§ Chapter 7
DEBTOR(S). § 
§

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that there is on deposit in the Registry Fund of the United States Bankruptcy Court the amount of $1,722.13, representing an unclaimed dividend in the above styled bankruptcy manor for claimant Randall L. Ennis debtor, it is therefore

**ORDERED** that the Clerk of this Court of the United States Bankruptcy Court for the Western District of Virginia pay the sum of $1,722.13 to:

Randall L. Ennis
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125.

###

# DILKS & KNOPIK, LLC

"When Success Matters"

September 20, 2012

United State Bankruptcy Court
Western District of Virginia
Attn: Financial Administrator
210 Church Avenue SW
Room 200
Roanoke, VA 24011

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
SEP 24 2012
BY _____
DEPUTY CLERK

RE: Application for the Release of Unclaimed Funds

Dear Financial Administrator:

I am applying to the US Bankruptcy Court, Western District of Virginia for the release of the unclaimed monies due and owing to Randall L. Ennis for the amount of $1,722.13. This is from the Bankruptcy of Randall L. Ennis and Case No.07-61848.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks
Managing Member

35308 SE Center Street
Snoqualmie, WA 98065

Phone (425) 836-5728
Fax    (877) 209-8249
Email  info@dilksknopik.com

www.dilksknopik.com